**No. 39220.**—Protest 697592–G of Nippon Dry Goods Co. (San Francisco).

Opinion by SULLIVAN, J. In accordance with the report of the appraiser the place cards in question were held dutiable at 30 percent under paragraph 1410

# 376

·as claimed. It was stipulated that the artificial tortoise in shell is the same as the merchandise passed upon in Abstract 29981. The claim at 35 percent under paragraph 1538 was therefore sustained.